James H. NASH, Appellant,

v.

UNITED STATES of America.

No. 15277.

United States Court of Appeals,
Eighth Circuit.

Jan. 27, 1955.

Smith, Harris & Hanke, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert E. Brauer, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee.

CITY OF MINNEAPOLIS, a Municipal Corporation, Appellant,

v.

Thelma L. DRESSELHUIS et al.

No. 15209.

United States Court of Appeals,
Eighth Circuit.

Jan. 14, 1955.

Charles A. Sawyer, Palmer B. Rasmusson and D. J. Shama, Minneapolis, Minn., for appellant.

Warren B. King and Brill & Brill, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed on dismissal of appeal filed by appellant.

ROSE BROTHERS LUMBER AND SUPPLY COMPANY, INCORPORATED, a Corporation, Appellant,

v.

Thelma L. DRESSELHUIS.

No. 15210.

United States Court of Appeals,
Eighth Circuit.

Jan. 14, 1955.

Brill & Brill, Minneapolis, Minn., for appellant.

Warren B. King, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal of appeal filed by appellant.

UNITED STATES of America, Appellant,

v.

Donald Robert HAMILTON.

No. 15233.

United States Court of Appeals,
Eighth Circuit.

Jan. 6, 1955.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Thomas E. Dougherty, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.